UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DANA K. KUECKER,

      Defendant.
_____/

Case No. 1:06:CR:6

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed August 15, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Dana K. Kuecker's plea of guilty to Count One of the Information is accepted. Defendant Dana K. Kuecker is adjudicated guilty.

3. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: August 29, 2006

        /s/ Gordon J. Quist
      GORDON J. QUIST
UNITED STATES DISTRICT JUDGE